UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: WA:25-CR-00210(5)-CRW |
| | § | |
| (5) Ruth Elizabeth Flores | § | |

**ORDER ACCEPTING GUILTY PLEA**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed July 28, 2026, wherein the defendant (5) Ruth Elizabeth Flores waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (5) Ruth Elizabeth Flores to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (5) Ruth Elizabeth Flores' plea of guilty to Count Two S (2s) is accepted.

Signed this 18th day of August, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE